**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-24830-CIV-SEITZ

TAL HILSON,

    Plaintiff,

v.

VICTORIA RESTAURANT INC. d/b/a
RIZIO'S PERUVIAN CUISINE,

    Defendant.

_____/

**ORDER ENTERING CONSENT DECREE AND DISMISSING CASE**

THIS MATTER is before the Court on the Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action With Prejudice [DE-10]. It is hereby

ORDERED that

1)    The Consent Decree [DE-10-1] is APPROVED and ENTERED. The Court will retain jurisdiction until **January 4, 2016** to enforce the Consent Decree.

2)    This action is DISMISSED WITH PREJUDICE.

3)    This case is CLOSED for statistical purposes.

4)    Any pending motions not otherwise ruled upon are DENIED AS MOOT.

5)    Any pending deadlines or upcoming hearings are CANCELLED.

DONE AND ORDERED in Miami, Florida, this 24 day of February 2015.

                                           PATRICIA A. SEITZ
                                           UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record